**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JENNIFER LE FEUVRE, | Civil Action No. |
| Plaintiff, | 25-cv-01935 |
| v. | (Judge Stickman) |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 6 | Zakrafo |
| 7 | Cuxnoo |
| 10 | Shengbaoqi |
| 14 | Makelife Store |
| 16 | Dwfseinlke |
| 20 | Onhaway |
| 32 | Luggage Tag1 |
| 42 | Chinvan |
| 48 | Mingoutongda-US |
| 60 | xiamenzhongyahengyewangluokejiyouxiangongsi |
| 61 | xiamenfanzhihuashangmaoyouxiangongsi |
| 62 | fuzhoushiyidangdangwangluokejiyouxiangongsi |
| 63 | xiamenyingfankaixinxijishuyouxiangongsi |
| 64 | DingZhouGengHangShangMaoYouXianGongSi |
| 65 | xiamenchaojinxinxijishuyouxiangongsi |
| 66 | xiamenjunwanghulian |
| 94 | Wang Jian Bo13 |

| 99 | WWeibbosite |
|---|---|
| 106 | Yiwushi Qiaoliu Maoyi Youxiangongsi |
| 116 | Changfanke |
| 138 | Zyounggg |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: April 16, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff